IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| GOEL REALTY, LLC | | Case No.: 15-17642 |
| | * | Chapter 7 |
| Debtor | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DEPOSIT INTO COURT REGISTRY

I, Cheryl E. Rose, Chapter 7 Trustee in the above-captioned estate, pursuant to Section 374(a) of the Bankruptcy Code and Federal Bankruptcy Rule 3011, submit the sum of $30,000.00 to the Court registry representing the following unclaimed funds:

| Claim No. | Payee | Last Known Address | Amount |
|---|---|---|---|
| Unsecured Claim pursuant to ECF#135 | VNB New York, LLC | c/o Matthew Summers, Esq.<br>300 E. Lombard Street, 18th Floor<br>Baltimore, MD 21202<br><br>Attorney has advised that he is unable to find someone at his clients to send the check to for negotiation. | $ 30,000.00 |

Respectfully submitted,

**ROSE & ASSOCIATES, LLC**

Date: April 9, 2024

 /s/ Cheryl E. Rose
Cheryl E. Rose, Chapter 7 Trustee
9812 Falls Road, #114-334
Potomac, MD  20854-3963
(301) 527-7789
trusteerose@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2024, an electronic copy of the foregoing Notice of Deposit into Court Registry will be served electronically by the Court's CM/ECF system on the following:

- **Steven L. Goldberg**   sgoldberg@mhlawyers.com, dmoorehead@mhlawyers.com;sgoldberg@ecf.inforuptcy.com;Goldberg.SteveR92003@notify.bestcase.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Stephen A. Metz**   smetz@offitkurman.com, mmargulies@offitkurman.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Cheryl E. Rose**   trusteerose@aol.com
- **Cheryl E. Rose**   trusteerose@aol.com, crose@ecf.axosfs.com
- **Aryeh E. Stein**   astein@meridianlawfirm.com, aryehsteinecf@gmail.com;steinar93219@notify.bestcase.com
- **Matthew G. Summers**   summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;mcgeoghm@ballardspahr.com;ambroses@ballardspahr.com;buhrmank@ballardspahr.com;roglenl@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV

I HEREBY FURTHER CERTIFY that on this 9th day of April, 2024, a copy of the foregoing Notice of Deposit into Court Registry was also mailed first class mail, postage prepaid to:

Clerk, U.S. Bankruptcy Court
6500 Cherrywood Lane, 3rd Floor
Greenbelt, MD  20770

VNB New York, LLC
c/o Matthew Summers, Esq.
300 E. Lombard Street, 18th Floor
Baltimore, MD 21202

/s/ Cheryl E. Rose  _____
Cheryl E. Rose, Chapter 7 Trustee